UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,**

    Plaintiff,

v.                                  Case No.  **8:06-cv-2249-T-30MAP**

**LUCY D. HADI, in her official capacity as
Secretary of the Department of Children and
Family Services,**

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (Dkt. #63). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on February 14, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2006\06-cv-2249.dismissal 63.wpd